## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAYE N. KILIKPO,                                     No. 4:20-CV-00902

          Petitioner,                           (Judge Brann)

    v.

CLAIR DOLL, *et al.*,

          Respondents.

## <u>ORDER</u>

### JUNE 29, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.    Kilikpo's 28 U.S.C. § 2241 petition (Doc. 1) is **DENIED**; and

2.    The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

<u>s/ Matthew W. Brann</u>
Matthew W. Brann
United States District Judge